NUMBER 13-04-476-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
INTERCOASTAL SALVAGE, INC.,                                       Appellant,

v.

UNIFIRST HOLDINGS, L.P. D/B/A UNIFIRST,                          Appellee.
____________________________________________________________________

On appeal from County Court at Law No. One 
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Rodriguez
Memorandum Opinion Per Curiam

         Appellant, INTERCOASTAL SALVAGE, INC., perfected an appeal from a
judgment entered by County Court at Law No. One of Cameron County, Texas, in
cause number 2004-CCL-510-A. After the record and briefs were filed, appellant filed
a motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 10th day of November, 2004.